PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Ronald W. Kersey</u>　　Case Number: <u>3:03-00125 and 3:10-00088</u>

Name of Current Judicial Officer: <u>The Honorable Aleta A. Trauger, U.S. District Judge</u>

Name of Sentencing Judicial Officer: <u>Joseph H. McKinley, Jr., U.S. District Judge (WD/KY)</u>

Date of Original Sentence: <u>August 10, 2004; August 19, 2004</u>

Original Offense: <u>Fraud by Means of Wire Communication in Interstate Commerce; Bank Fraud and Fraud of Wire Communication in Interstate Commerce</u>

Original Sentence: <u>63 months' total imprisonment and 5 years' total supervised release, concurrent</u>

Type of Supervision: <u>Supervised Release</u>　　Date Supervision Commenced: <u>November 20, 2009</u>

Assistant U.S. Attorney: <u>Kathryn Ward</u>　　Defense Attorney: <u>Unassigned</u>

---

**THE COURT ORDERS:**

☐ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☒ Allow the offender to terminate from supervision on November 19, 2014, still owing restitution

Considered this 12th day of Sept., 2014, and made a part of the records in the above case.

Aleta A. Trauger
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Joshua Smith
U. S. Probation Officer

Place　　Nashville, Tennessee

Date　　September 11, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The Defendant shall pay restitution of $1,029,402 at the rate of 10% of his current monthly income.**

   Mr. Kersey has paid $2,180 toward restitution. There is a balance of $1,027,222 of the ordered restitution that remains unpaid. He has made regular restitution payments since the revocation hearing before Your Honor in October 2012.

### Compliance with Supervision Conditions and Prior Interventions:

Mr. Kersey was sentenced in the Western District of Kentucky, but he has been supervised in the Middle District of Tennessee since his release from custody on November 20, 2009. Jurisdiction of his cases were transferred on April 20, 2010, to this district.

On June 7, 2012, a petition requesting a summons was submitted to the Court advising that Mr. Kersey had failed to obtain employment since his start on supervised release, failed to make any restitution payments since he started on supervised release, and failed to notify of a change of address. A summons was ordered for Mr. Kersey and a revocation hearing was held before Your Honor on October 12, 2012, and the petition was dismissed as Mr. Kersey had obtained employment, established a residence, and had begun making restitution payments.

### U.S. Probation Officer Recommendation:

It is respectfully recommended that no action be taken by the Court at this time and Mr. Kersey be allowed terminate on November 19, 2014, still owing the remaining ordered restitution.

The U.S. Attorney's Office had been notified and concurs with this recommendation.

Approved: _/s/ Vidette Putman_
Vidette Putman
Supervisory U.S. Probation Officer